IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 99-326 |
| | : | |
| ALLEN S. STRATTON<br>a/k/a "Neckbone" | : | |

# ORDER

**AND NOW**, this 27th day of February, 2012, upon careful consideration of defendant Allen S. Stratton's motion for a reduction of his sentence under 18 U.S.C. § 3582(c)(2) (document no. 133), the government's response, and defendant's reply, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

                                                      /s/William H. Yohn, Jr.
                                                        William H. Yohn, Jr., Judge